IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Russ Von'D Debnam, | ) | C/A No.: 0:16-3424-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CB&I and WECTEC Global Project Services, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Ron Von'D Debnam ("Plaintiff") filed this complaint against CB&I and WECTEC Global Project Services ("Defendants") on October 18, 2016, but has not yet provided proof of service of process. This matter comes before the court on Plaintiff's submission of a notice that WECTEC Global Project Services has filed a petition in the United States Bankruptcy Court for the Southern District of New York under Chapter 11 of the Bankruptcy provisions of the United States Code on March 29, 2017 (Case Number 17-10751 (MEW)). [ECF No. 29-1]. The notice also states that the debtor has previously used names including CB&I. *Id* at 3. Pursuant to 11 U.S.C. § 362(a)(1), the court stays further proceedings in this action against Defendants until such time as the stay is lifted or otherwise modified. Plaintiff is directed to provide a status report every 90 days until he dismisses the case or the stay is lifted.

The undersigned notes that the notice also contains information about the procedure for any creditors to file a proof of claim against Defendants. The undersigned

directs Plaintiff's attention to the directions for filing a proof of claim against Defendants, should Plaintiff believe he is entitled to a claim.

IT IS SO ORDERED.

May 9, 2017  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge